## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHEL PAYNE, | ) | |
| | ) | 8:06CV685 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CONTRACTOR LABOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion (Filing No. 12) for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f) and to provide the required disclosures pursuant to Fed. R. Civ. P. 26(a)(1). The plaintiff requests an additional thirty to sixty days to "follow guidelines and requirements, as well as retain counsel." The defendants have filed a "Reply To Motion For Enlargement Of Time And Brief" (Filing No. 13), in which they request a thirty day extension be granted and a "date certain be set for compliance with FRCP 26(a)(1). Upon consideration, the motion will be granted to the extent set forth below.

**IT IS ORDERED:**

The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall report to the court **on or before February 16, 2007** regarding their discovery plan.

DATED this 14th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge