Case: 8:06-cv-00685-TDT-PRSE   Document #: 11   Date Filed: 11/28/2006   Page 7 of 7

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

Michel Payne,
Plaintiff

v.

CONTRACTOR LABOR LOCAL 1140
TOM MERKSICK, SEAN FLOWERS,
Defendant

Case Number: 8:06cv685

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signed] Michel Payne | For Michel Payne | 1-8-07 |
| [signed] | For Contractor Labor Local 1140 | 1-10-07 |
| [signed] | For Tom Merksick | 1-10-07 |
| [signed] | For Sean Flowers | 1-10-07 |
| | For | |